# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME    :   No. 605 Judicial Administration
       COURT OF PENNSYLVANIA       :   Docket
       FOR THE YEAR 2025            :

## ORDER

**PER CURIAM:**

**AND NOW**, this 27th day of December, 2023, it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2025 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | January 28th |
| Philadelphia | March 3rd through March 7th |
| Harrisburg (Administrative Session) | March 18th |
| Pittsburgh | April 7th through April 11th |
| Harrisburg | May 12th through May 16th |
| Pittsburgh (Administrative Session) | June 3rd |
| Philadelphia | September 8th through September 12th |
| Pittsburgh | October 6th through October 10th |
| Harrisburg | November 17th through November 21st |